UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-35278 |
|---|---|
|    AARON L. GIBSON | (Chapter 13) |
|    LORETTA L. GIBSON | |
|                                Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 11,009 | AMERICAN GENERAL FINANCE<br>127 SPRINGBORO PIKE<br>MIAMISBURG, OH  45449 | 28.09 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service                    07-35278

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| AARON L. GIBSON<br>LORETTA L. GIBSON<br>5460 DOVETREE BLVD<br>APT 1<br>DAYTON, OH  45439 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (11009.1)<br>AMERICAN GENERAL FINANCE<br>127 SPRINGBORO PIKE<br>MIAMISBURG, OH  45449 |
| (53.1n)<br>BENEFICIAL OHIO INC<br>961 WIEGEL DRIVE<br>ELMHURST, IL  60126 | (30.1n)<br>JOEL K JENSEN<br>WELLS FARGO BANK<br>BOX 5480<br>CINCINNATI, OH  45201 | (1022.1n)<br>WILLIAM H HOUSE<br>THOMPSON AND DEVENY CO LPA<br>1340 WOODMAN DRIVE<br>DAYTON, OH  45432 |

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner             sv